# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: CR-09-278 | MAGIS. NO: |
| v. UNSEALED<br><br>Robert J. Cabelly | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| DOB:  Colombian<br>Cedula No: | **FILED**<br>OCT 2 7 2009 | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | Clerk, U.S. District and Bankruptcy Courts |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

International Emergency Economic Powers Act
Sudanese Sanctions Regulations
Unregistered Agent of Foreign Government
Money Laundering
Aiding and Abetting and Causing an Act to Be Done
False Statement in Application and Use of Passport
False Statements
Forfeiture

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: |
|---|---|
| | 18 U.S.C. §371; 50 U.S.C. §§ 1701-1706; 31 C.F.R. Part 538; Executive Orders 13067 and 13412;<br>18 U.S.C. §951; 50 U.S.C. §§ 1701-1706; 31 C.F.R. Part 538; Executive Orders 13067 and 13412;<br>18 U.S.C. § 1956; 18 U.S.C. § 2; 18 U.S.C. 1542; 18 U.S.C. § 1001; 18 U.S.C. § 981; 18 U.S.C. § 982; 28 U.S.C. § 2461 |

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: |
|---|---|---|
| U.S. MAGISTRATE JUDGE DEBORAH A. ROBINSON | U.S. MAGISTRATE DEBORAH A. ROBINSON | OCT 2 2 2009 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>OCT 2 2 2009 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 10/26/09 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 10/27/09 | DUSM Karl Brown | |
| HIDTA CASE: Yes   No X | | OCDETF CASE: Yes   No X |