UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No. 09-278 (JDB)** |
| v. : | |
| : | |
| **ROBERT J. CABELLY,** : | |
| : | |
| : | |
| **Defendant** : | |
| : | |
| : | |

**NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE
SURVEILLANCE ACT INFORMATION**

The United States of America, by and through its undersigned counsel, hereby provides notice to the Court and defendant, ROBERT J. CABELLY, pursuant to Title 50, United States Code, Section 1806(c) and 1825(d), that the United States intends to offer into evidence, or otherwise use or disclose at pre-trial hearings, trial, and at other proceedings in this case, information obtained and derived from electronic surveillance and physical searches conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812 and §§ 1821-1829.

The United States will produce the discoverable FISA information to the defendant pursuant to a protective order that the United States will seek from the Court.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar Number 415-793


By:   _____/s/_____
MICHAEL C. DILORENZO
Assistant United States Attorney
MD Bar # 931214 0189
National Security Section
United States Attorney's Office
555 Fourth Street, N.W., 11th Floor
Washington, D.C.  20530
(202) 307-0618
michael.dilorenzo@usdoj.gov


_____/s/_____
PATRICK T. MURPHY
Trial Attorney
NY Bar # 2750602
Counterespionage Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C.  20005
(202) 305-7003
patrick.murphy@usdoj.gov