UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 09-278 (JDB) |
| v. : | |
| : | |
| ROBERT J. CABELLY : | |
| : | |
| Defendant : | |

## MEMORANDUM OF UNDERSTANDING

1. Having familiarized myself with the applicable laws, I understand that I may have already received, and may be the future recipient of, information and documents, that pertain to the national security of the United States, and which are the property of the United States, and that such documents and information, together with the methods of collecting such information, are classified according to security standards set by the United States government.

2. I agree that I shall never divulge, publish or reveal, either by word, conduct or any other means, such classified information and documents unless specifically authorized to do so in writing by an authorized representative of the United States government, or as required by the Classified Information Procedures Act, or as otherwise ordered by this Court.

3. I understand that this agreement and any other non-disclosure agreement will remain binding upon me after the conclusion of trial in *United States v. Robert J. Cabelly*, Criminal No. 09-278, and any subsequent related proceedings including the appellate process.

4. I have received, read and understand the Protective Order ~~entered by the United States District Court for the District of Columbia~~ *proposed by the Government* in the above-styled case, and I agree to comply with the provisions contained therein. [JMC]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
Jason Knott
Counsel for Defendant Robert J. Cabelly

__11/17/09_____
Date

_____
Witness Name

Jayne E. Hall
Witness Signature