UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 09-278 (JDB) |
| v. : | |
| : | |
| ROBERT J. CABELLY, : | Status: September 9, 2010 |
| : | |
| : | |
| Defendant. : | |
| : | |

**GOVERNMENT'S MOTION TO EXCEED PAGE LIMIT AND FOR AN EXTENSION
OF TIME FOR FILING OF GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION FOR DISCLOSURE OF FOREIGN
INTELLIGENCE SURVEILLANCE ACT MATERIAL**

The United States of America, by and through its undersigned counsel, hereby moves the Court to permit the government to exceed the page limitation and to extend the time within which to file an opposition, as prescribed by the Rules of the United States District Court for the District of Columbia ("Local Rules"), for its opposition to the defendant's Motion for Disclosure of Foreign Intelligence Surveillance Act Material, and in support of this motion states the following:[1]

1. On May 14, 2010, the defendant filed a Notice of Filing Under Seal, indicating that it filed a Motion for Disclosure of Foreign Intelligence Surveillance Act Material under seal with the Court through the Court Security Officer.

2. The government received the sealed filing on May 17, 2010, and is in the process

---

[1] The Local Rules require the filing of an opposition within 11 days of the date of service, and impose a 45 page limitation. *See* LCrR 47(b) and (e). The Court may extend both the deadline and the page limitation. *Id*.

of preparing an appropriate response.  The government anticipates that its response will be well over the page limitation set by the local rules due to the complexity of the legal issues involved.

   3. As provided for in 50 U.S.C. § 1806(f), an *in camera* and *ex parte* review by the District Court is appropriate when such a motion is filed.   Specifically, "the United States district court . . . shall. . . if the Attorney General files an affidavit under oath that the disclosure or an adversary hearing would harm the national security of the United States, review *in camera* and *ex parte* the application, order, and such other materials relating to the surveillance as may be necessary to determine whether the surveillance of the aggrieved person was lawfully authorized and conducted."  *See also*, 50 U.S.C. § 1825(g).

   4. In order to fully respond to the defendant's motion, the government will need adequate time to prepare all necessary paperwork.  In addition to the logistics of obtaining all necessary paperwork permitted to be submitted under the statute, the government must coordinate its response with various entities, including the Office of the Attorney General and the Federal Bureau of Investigation.

   5. Undersigned counsel has met with the interested governmental parties to this filing.  We have collectively concluded that the process will take approximately forty-five days.  Accordingly, the government requests that the deadline for the government's opposition be extended to July 16, 2010.

WHEREFORE, the government respectfully moves the Court to permit the government to exceed the page limitation and to extend the deadline for filing of the government's opposition to the defendant's Motion for Disclosure of Foreign Intelligence Surveillance Act Material.

Respectfully submitted,

RONALD C. MACHEN JR.
ACTING UNITED STATES ATTORNEY
D.C. Bar Number 447-889


By:  _____/s/_____
MICHAEL C. DILORENZO
Assistant United States Attorney
MD Bar # 931214 0189
National Security Section
United States Attorney's Office
555 Fourth Street, N.W., 11th Floor
Washington, D.C.  20530
(202) 307-0618
michael.dilorenzo@usdoj.gov


_____/s/_____
PATRICK T. MURPHY
Trial Attorney
NY Bar # 2750602
Counterespionage Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C.  20005
(202) 305-7003
patrick.murphy@usdoj.gov