**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No. 09-278 (JDB)** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| | : | |
| **ROBERT J. CABELLY,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION FOR LEAVE OF THE COURT TO FILE A
SUPPLEMENTAL RESPONSE TO DEFENDANT'S REPLY BRIEF IN SUPPORT OF
HIS MOTION FOR ACCESS TO CLASSIFIED DISCOVERY**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court for leave to file a brief supplemental response to the defendant's reply brief in support of his motion for access to classified discovery.  In support of this motion, the government's states the following:

1.      On June 18, 2010, the defendant filed a Motion for Access to Classified Discovery under seal with the Court through the Court Security Officer.

2.      On July 1, 2010, the United States filed the Government's Response to the Defendant's Motion for Access to Classified Discovery with the Court through the Court Security Officer.

3.      On July 16, 2010, the defendant filed a Reply Brief in Support of His Motion for Access to Classified Discovery with the Court through the Court Security Officer.  In his reply brief, the defendant raised new issues under Rule 16 of the Federal Rules of Criminal Procedure.

In an effort to fully brief the court, the government requests permission of the Court to file a

short response to the defendant's reply.

       WHEREFORE, for the reasons stated above, the United States respectfully requests leave

of the Court to file a response to the defendant's reply brief in support of his motion for access to

classified discovery.

                                    Respectfully submitted,

                                    RONALD C. MACHEN JR.
                                    UNITED STATES ATTORNEY
                                    D.C. Bar Number 447-889

                                         /s/
                                    David J. Mudd
                                    Special Assistant United States Attorney
                                    D.C. Bar Number 995-154
                                    National Security Section
                                    United States Attorney's Office
                                    555 Fourth Street, N.W., 11th Floor
                                    Washington, DC 20530
                                    (202) 514-6946
                                    david.mudd2@usdoj.gov

                                    MICHAEL C. DILORENZO
                                    Assistant United States Attorney
                                    MD Bar Number # 931214 0189
                                    National Security Section
                                    United States Attorney's Office
                                    555 Fourth Street, N.W., 11th Floor
                                    Washington, DC 20530
                                    (202) 307-0618
                                    michael.dilorenzo@usdoj.gov
                                    PATRICK T. MURPHY
                                    Trial Attorney
                                    NY Bar # 2750602
                                    Counterespionage Section
                                    National Security Division

U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
(202) 305-7003
patrick.murphy@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Government's Motion for Leave of the Court to File a Supplemental Response to Defendant's Reply Brief in Support of His Motion for Access to Classified Discovery and the proposed order were served upon defense counsel, Aitan Goelman, on July 29, 2010, via ECF.

_____/s/_____
David J. Mudd
Special Assistant United States Attorney
D.C. Bar Number 995-154
National Security Section
United States Attorney's Office
555 Fourth Street, N.W., 11th Floor
Washington, DC 20530
(202) 514-6946
david.mudd2@usdoj.gov

3