UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No. 09-278 (JDB)** |
| **v.** : | |
| : | |
| **ROBERT J. CABELLY,** : | |
| Defendant. : | |

## ORDER

After consideration of the Government's Motion for Leave of the Court to File a Supplemental Response to the Defendant's Reply Brief in Support of His Motion for Access to Classified Discovery, any responses thereto, and the entire record in this case, it is this _____ day of _____, 2010, hereby

ORDERED, that the Government's Motion for Leave of the Court to File a Supplemental Response to the Defendant's Reply Brief in Support of His Motion for Access to Classified Discovery is GRANTED; and it is further,

ORDERED , that the Government's response must be filed within five days of this order.

SO ORDERED.

_____
John D. Bates
U.S. District Court Judge

copies to:

David J. Mudd
Michael C. DiLorenzo
Assistant United States Attorneys
National Security Section
United States Attorney's Office
555 Fourth Street, N.W., 11th Floor
Washington, DC 20530
(202) 514-6946

Aitan Goelman, Esquire
Amit Mehta, Esquire
Zuckerman Spaeder LLP
Counsel for the Defendant
1800 M Street, N.W.
Suite 1000
Washington, D.C.  20036
(202) 778-1800

Patrick Murphy
Trial Attorney
Counterespionage Section
National Security Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
(202) 305-7003