UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 09-278 (JDB)** |
| | : | |
| v. | : | |
| | : | |
| **ROBERT J. CABELLY,** | : | |
| | : | |
| **Defendant.** | : | |

### JOINT STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and defendant, by and through his attorneys, respectfully submit this joint status report in response to the Court's order, dated February 11, 2011, in which the Court directed the parties to file a joint status report detailing the parties' progress in resolving certain discovery matters on or before March 14, 2011.

1.  The defense has made discovery requests for certain electronic communications stored at the United States Department of State (DoS), and has provided the United States with search terms to facilitate our search for such communications. On August 12, 2010, we provided the defense with responsive communications consisting of DoS unclassified PST files. On August 16, 2010, we provided the defense with additional responsive communications consisting of DoS classified PST files.

2.  In addition, DoS information technology (IT) personnel in DoS's domestic Bureau of African Affairs (Africa Bureau) used the search terms provided by the defense to search for responsive email communications within the Africa Bureau, and located about 200 unclassified stored email communications. Accordingly, the United States is processing these

email communications so that they can be provided to the defense in an unclassified format on a compact disk.  We expect to provide that disk to the defense this week.

3. DoS IT personnel in its Africa Bureau also advised the United States that additional responsive electronic communications may be stored in other DoS bureaus, and suggested other IT personnel who could conduct a search for such communications.  Accordingly, the United States has asked for the pertinent IT personnel to use the search terms provided by the defense to search for any responsive communications that may be stored elsewhere in DoS.  If that search results in the location of any electronic communications beyond those previously provided to the defense and those that will be provided to the defense this week, such communications will be provided to the defense.

3. The defense also has made a discovery request for certain records generated in connection with certain principal meetings and deputy principal meetings.  To accommodate that request, on December 10, 2010, the United States served a trial subpoena on the General Counsel of the National Archives and Records Administration to produce copies of all "meeting agendas, attendance sheets, and memoranda – including summary of conclusions – relating to principal meetings and deputy principal meetings, concerning the policy of the United States government, including the U.S. Department of State, on Sudan and Sudan-related matters, from January 1, 2005 through September 30, 2007."  On March 14, 2011, the General Counsel's Office informed the United States that it had located 1,100 pages of material in response to the subpoena, and that the material was being reviewed to determine whether any disclosure issues needed to be resolved before the materials could be made available for inspection.  We expect that review to be completed by March 30, 2011.

WHEREFORE, the parties respectfully submit the above joint status report in response to the Court's order dated February 11, 2011.

        Respectfully submitted,

        RONALD C. MACHEN JR.
        UNITED STATES ATTORNEY
        D.C. Bar Number 447-889


        _____/s/_____
        David J. Mudd
        Special Assistant United States Attorney
        D.C. Bar Number 995154
        National Security Section
        United States Attorney's Office
        555 Fourth Street, N.W., 11th Floor
        Washington, DC 20530
        (202) 252-7785
        david.mudd2@usdoj.gov

        MICHAEL C. DILORENZO
        Assistant United States Attorney
        Maryland Bar Number 931214 0189
        National Security Section
        United States Attorney's Office
        555 Fourth Street, N.W., 11th Floor
        Washington, DC 20530
        (202) 252-7938
        michael.dilorenzo@usdoj.gov

        PATRICK T. MURPHY
        Trial Attorney
        New York Bar Number 2750602
        Counterespionage Section
        National Security Division
        U.S. Department of Justice
        600 E Street, N.W.
        Washington, D.C . 20004
        (202) 233-2093
        patrick.murphy@usdoj.gov

                                                        **/s/**
AMIT MEHTA
D.C. Bar Number 467231
AITAN GOELMAN
JASON KNOTT
Zuckerman Spaeder LLP
1800 M Street, N.W.
Washington, D.C.  20036

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Joint Status Report was served upon defense counsel, Aitan Goelman, on March 14, 2011, via ECF.

                                              _____/s/_____
                                              David J. Mudd
                                              Special Assistant United States Attorney
                                              D.C. Bar Number 995154
                                              National Security Section
                                              United States Attorney's Office
                                              555 Fourth Street, N.W., 11th Floor
                                              Washington, DC 20530
                                              (202) 252-7785
                                              david.mudd2@usdoj.gov