# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:09-cr-00278-JDB |
| | ) |
| ROBERT J. CABELLY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### DEFENDANT ROBERT J. CABELLY'S MOTION TO PLACE UNDER SEAL THE SENTENCING MEMORANDUM OF DEFENDANT ROBERT J. CABELLY

Defendant Robert J. Cabelly respectfully moves to place under seal the Sentencing Memorandum of Defendant Robert J. Cabelly.

Robert J. Cabelly's counsel has conferred with counsel for The United States of America, who consents to this motion.

**WHEREFORE**, for the foregoing reasons, Robert J. Cabelly respectfully requests that the Court grant this motion to seal.

DATED:  March 11, 2013

Respectfully submitted,

/s/ Aitan D. Goelman
Aitan D. Goelman, D.C. Bar No. 446636
Amit P. Mehta, D.C. Bar No. 467231
Jason M. Knott, D.C. Bar No. 487636
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036
(202) 778-1800

*Counsel for Defendant Robert Cabelly*

4012980.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 11, 2013, I caused a copy of the foregoing Motion to be served by CM/ECF system and electronic mail on:

> Michael C. DiLorenzo
> United States Attorney's Office
> National Security Section
> 555 4th Street, NW
> 11th Floor
> Washington, DC 20530
> (202) 252-7938

/s/ Aitan D. Goelman
Aitan D. Goelman

4012980.1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 09-278 (JDB)** |
| | : | |
| **v.** | : | |
| | : | |
| **ROBERT J. CABELLY,** | : | |
| | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

### ORDER GRANTING DEFENDANT ROBERT J. CABELLY'S MOTION TO PLACE UNDER SEAL THE SENTENCING MEMORANDUM OF DEFENDANT ROBERT J. CABELLY

Upon consideration of the Defendant Robert J. Cabelly's Motion to Place Under Seal the Sentencing Memorandum of Defendant Robert J. Cabelly, and the entire record in this case, it is this _____ day of _____, 2013, hereby

ORDERED, that the Motion to Place Under Seal the Sentencing Memorandum of Defendant Robert J. Cabelly is GRANTED;

SO ORDERED.

_____
John D. Bates
U.S. District Court Judge

Copies to:

Michael C. DiLorenzo, Assistant United States Attorney
Aitan Goelman, Counsel for Defendant