UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 09-278 (JDB) |
| : | |
| ROBERT J. CABELLY : | **FILED** |
| : | |
| Defendant. : | MAR 15 2013 |
| : | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

## AMENDED CONSENT ORDER OF FORFEITURE

**WHEREAS,** a written plea agreement was filed with this Court and signed by defendant ROBERT J. CABELLY, and his counsel, Aitan D. Goelman, Esq., in which defendant agreed to plead guilty to an Indictment charging in Count One: Conspiracy to Violate the International Emergency Economic Powers Act and the Sudanese Sanctions Regulations and to Act as an Unregistered Agent of a Foreign Government, in violation of 18 U.S.C. §§ 371, 951, and 50 U.S.C. §§ 1701-1705.

**WHEREAS,** the Indictment also alleged the forfeiture of certain property, that is, a money judgment, which property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense alleged in Count One of the Indictment;

**WHEREAS,** pursuant to Fed. R. Crim. P. 32.2(b)(2), this Court determines, based on the evidence set forth during the defendant's plea hearing, that entry of a money judgment in the amount of $140,000 is appropriate insofar as this amount is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

*NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED*:

1. That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c):

MONEY JUDGMENT:

a sum of money of least $140,000, which represents a sum of money equal to property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of the offenses alleged in Count One of the Indictment.

2. The parties have agreed that $32,409 seized from the defendant on October 25, 2006 and $20,196.25 seized from the defendant's residence and business premises in May 2007 will be credited against the money judgment, thereby reducing the amount owed to $87,394.75.

3. The Court shall retain jurisdiction to enforce this order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

4. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Amended Consent Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

5. The Clerk of the Court shall forward four (4) certified copies of this Order to Assistant United States Attorney Arvind Lal, Asset Forfeiture and Money Laundering Section, 555 Fourth Street, N.W., 4th Floor, Washington, D.C. 20530.

Dated this 15th day of March, 2013.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

/s/ Ronald C. Machen Jr.
RONALD C. MACHEN JR.
UNITED STATES ATTORNEY

By: _____
MICHAEL DILORENZO (MD Bar No. 9312140189)
DAVID MUDD
Assistant United States Attorneys
National Security Section
555 Fourth Street, NW (11th Floor)
Washington, D.C. 20530

_____
PATRICK T. MURPHY (NY Bar # 2750602)
Trial Attorney
U.S. Department of Justice - Counterespionage Section
1400 New York Avenue, NW
Washington, D.C. 20005

_____                    _____
ROBERT J. CABELLY                                    AITAN D. GOELMAN, Esquire,
Defendant                                            Counsel for Defendant